IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ADCARE HEALTH SYSTEMS, INC.;
ADCARE ADMINISTRATIVE SERVICES, LLC;
ADCARE OPERATIONS, LLC;
NORTHRIDGE HC&R NURSING, LLC;
NORTHRIDGE HC&R PROPERTY HOLDINGS, LLC         PLAINTIFFS

v.                      No. 4:16-cv-897-DPM

JOHN CLOWNEY, In his Capacity as Attorney-
in-fact for James Clowney                     DEFENDANT

## ORDER

I recuse. Among the defendants' lawyers is Ryan Culpepper, a former law clerk who remains on my recusal list. The Clerk must reassign this case at random by chip exchange.

_____
D.P. Marshall Jr.
United States District Judge

14 December 2016